**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>                               Plaintiff,<br>v.<br><br>**ADP ADVANCEDMD, INC.,**<br><br>                              Defendant. | Case No. 6:14-cv-858<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Presqriber, LLC ("Presqriber") and Defendant ADP AdvancedMD, Inc. ("ADP") file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims and counterclaims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims and counterclaims between Presqriber and ADP made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Wherefore, Plaintiff Presqriber respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: May 6, 2015                          Respectfully submitted,

                                                                                                 */s/ Craig Tadlock*
                                                                                                                            Craig Tadlock
                                                                                                                            State Bar No. 00791766
                                                                                                                            John J. Harvey, Jr.
                                                                                                                            State Bar No. 09179770
                                                                                                                            Keith Smiley
                                                                                                                            State Bar No. 24067869
                                                                                                    **TADLOCK LAW FIRM PLLC**
                                                                                                                            2701 Dallas Parkway, Suite 360
                                                                                                                            Plano, Texas 75093

903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 6, 2015, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

 */s/ Keith Smiley*
Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 6, 2015.

 */s/ Craig Tadlock*
Craig Tadlock